NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.: 12000118LCG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MACSTEEL INTERNATIONAL USA CORP.,

        Plaintiff,

  -against-

M/V "GRIFFON", her engines, boilers, etc.,
GRIFFON SHIPPING LLC and
DAEBO SHIPPING CO. LTD.,

        Defendants.
-----------------------------------------------------------x

Case No.: 08 Civ.

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    None

Dated: New York, New York
       June 27, 2008

                                          Lawrence C. Glynn (LG 6431)